**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.:  21-80841-CIV-SMITH**

UNITED STATES OF AMERICA, ex rel.
GREG LUTIN,

      Plaintiff,

v.

AMERICAN GENETICS ADVOCATES,
LLC, *et al.*,

      Defendants.

_____/

## ORDER OF FINAL DISMISSAL

This cause came before the Court upon Relator, Greg Lutin's Notice of Voluntary Dismissal [DE 45].  Upon consideration, it is:

ORDERED that:

1.      This matter is **DISMISSED with prejudice** as to Relator, Greg Lutin, and **DISMISSED without prejudice** as to the United States of America.

2.      All pending motions are **DENIED as moot.**

3.      This case is **CLOSED.**

DONE and ORDERED in Miami, Florida this 23rd day of August, 2024.

_____
RODNEY SMITH
UNITED STATES DISTRICT COURT

cc:      Counsel of record